# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 20-00386-JMC-7 |
| Kenneth James Birkle, II<br>Jamie Jaye Birkle | Chapter 7 |
| Debtors. | Judge James M. Carr |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of Home Point Financial Corporation, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I certify that on January 28, 2020, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Eric N. Engebretson, Debtors' Counsel
    ene@whzlaw.com

    Paul D. Gresk, Trustee
    bankruptcy@gslawindy.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on January 28, 2020, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Kenneth James Birkle, II, Debtor
    7155 Blue Ridge Road
    Noblesville, IN 46062

    Jamie Jaye Birkle, Debtor
    7155 Blue Ridge Road
    Noblesville, IN 46062

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Attorney for Creditor